# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTONIO SAUNDERS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-4530** |
| | : | |
| **BB&T BANK,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

This 20th day of April, 2022, upon consideration of Plaintiff Antonio Saunders's "Motion for Leave to Amend the Civil Rights Complaint" (ECF No. 28), it is hereby **ORDERED** that:

1. The Motion is **DENIED**.

2. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

       /s/ Gerald Austin McHugh
    United States District Judge